■ KATHLEEN C. WOLSTENCROFT, Respondent, v DORIS L. SASSOWER, Appellant. [623 NYS2d 129] —Application by the appellant at oral argument of this appeal for the bench to recuse itself.

Ordered that the application is denied. Lawrence, J. P., Hart, Friedmann and Krausman, JJ., concur.